IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

FILED
U.S. District Court
District of Kansas

DEC 2 6 2018

Clerk, U.S. District Court
By _MAM_ Deputy Clerk

Anthony L. Allen )
)
)
)
_____ )
(Enter above the full name of the Plaintiff(s) )
)
vs. )
Wichita State University )
Name )
2801 Fairmount St )
Street and number )
Wichita, KS 67209 )
City       State       ZipCode )

Case Number 6:18-cv-1348-JTM-KGG

(Enter above the full name and address of the
Defendant in this action - list the name and
address of any additional defendants on the back
side of this sheet).

## CIVIL COMPLAINT

I.   Parties to this civil action:

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any, on the back side of this sheet).

A.   Name of plaintiff Anthony L. Allen
     Address 1010 N. Main Street P.O. Box 670
     Wichita, KS 67203

1

(In item B below, write the full name of the defendant in the first blank. In the second blank, write the official position of the defendant. Use item C for the names and positions of any additional defendants).

B. Defendant **Wichita State University** is employed at **N/A**

C. Additional Defendants _____

II. Jurisdiction:

(Complete one or more of the following subparagraphs, A., B.1, B.2., or B.3., whichever is applicable.)

A. (If Applicable) Diversity of citizenship and amount:
   1. Plaintiff is a citizen of the State of **Yes**.
   2. The first-named defendant above is either
      a. a citizen of the State of **Yes** ; or
      b. a corporation incorporated under the laws of the State of **Yes** and having its principal place of business in a State other than the State of which plaintiff is a citizen.

   3. The second-named defendant above is either **Yes**
      a. a citizen of the State of **Yes** ; or
      b. a corporation incorporated under the laws of the State of _____ and having its principal place of business in a State other than the State of which plaintiff is a citizen.

(If there are more than two defendants, set forth the foregoing information for each additional defendant on a separate page and attach it to this complaint.)
Plaintiff states that the matter in controversy exceeds, exclusive of interest and costs, the sum of seventy-five thousand dollars ($75,000.00).

2

B.  (If applicable)  Jurisdiction founded on grounds other than diversity (Check any of the following which apply to this case).

☑ 1.  This case arises under the following section of the Constitution of the United States or statute of the United States (28 U.S.C. §1331): Constitution, Article____, Section____; Statute, US Code, Title____, Section____.

☑ 2.  This case arises because of violation of the civil or equal rights, privileges, or immunities accorded to citizens of, or persons within the jurisdiction of, the United States (28 U.S.C. §1343).

☑ 3.  Other grounds (specify and state any statute which gives rise to such grounds): Did not go thru due Process Disciplenery Procedure Due Process under the 14th Amendment to the United States Constitution To the ELC education Law Center Student Discipline Rights And Procedures And Policy Separate Rights of the students Setting forth Due Process Requirement Removal from School.

III. Statement of Claim: from Arbitrary And Wrongful Dismissal AR

(State here a short and plain statement of the claim showing that plaintiff is entitled to relief.  State what each defendant did that violated the right(s) of the plaintiff, including dates and places of such conduct by the defendant(s).  Do not set forth legal arguments. If you intend to allege more than one claim, number and set forth each claim in a separate paragraph.  Attach an additional sheet, if necessary, to set forth a short and plain statement of the claim[s].)

ON OR the above about Date August 15, 2015 I was Arrest And charge for alleged violation of the Student Code Conduct policy at Wichita State University And was kick out of School for the Alleged violation of Student Conduct policy at Wichita State University

IV. Relief:

(State briefly exactly what judgement or relief you want from the Court.  Do not make legal arguments.)

3

for lost wages as student worker, mental pain, Anguish, And Suffering, emotional stress

---

V. Do you claim the wrongs alleged in your complaint are continuing to occur at the present time? Yes ☑  No ☐

VI. Do you claim actual damages for the acts alleged in your complaint? Yes ☑  No ☐

VII. Do you claim punitive monetary damages? Yes ☑  No ☐

If you answered yes, state the amounts claimed and the reasons you claim you are entitled to recover money damages.

1.3 million lost wages, Mental Pain, Anguish, And Suffering, emotional stress, And being improperly dismissed from Wichita State 2.4 Violating my Civil Rights as African American student being denied, And Right to education under the 14th Amendment Right to education. Nor shall any state deprive any person of life, liberty, or property, without due process of law; Nor deny to any peron within its jurisdiction the equal protection of laws. To And education.

4

VIII. Administrative Procedures:

    A. Have the claims which you make in this civil action been presented through any type of Administrative Procedure within any government agency?
Yes ☑ No ☐

    B. If you answered yes, give the date your claims were presented, how they were presented, and the result of that procedure:

I filed A grievance Complaint in And the Complaint was Never Aswered At Any time under due PROCESS lAw

    C. If you answered no, give the reasons, if any, why the claims made in this action have not been presented through Administrative Procedures:

IX. Related Litigation:

Please mark the statement that pertains to this case:

☐ This cause, or a substantially equivalent complaint, was previously filed in this court as case number _____ and assigned to the Honorable Judge _____.

☑ Neither this cause, nor a substantially equivalent complaint, previously has been filed in this court, and therefore this case may be opened as an original proceeding.

_Anthuny Allen_
Signature of Plaintiff

Anthony L. Allen
Name (Print or Type)

1010 N. Main Street P.O. Box 670 Wichita, KS 67201
Address

5

```
Wichita  KS  67201
City       State    Zip Code

(316) 269-2534
Telephone Number
```

## DESIGNATION OF PLACE OF TRIAL

Plaintiff designates { [✓] Wichita, [ ] Kansas City, or [ ] Topeka}, Kansas as the
(Select One)
location for the trial in this matter.

_____
Signature of Plaintiff

## REQUEST FOR TRIAL BY JURY

Plaintiff requests trial by jury { [✓] Yes or [ ] No }
(Select One)

_____
Signature of Plaintiff

Dated: _____
(Rev. 10/15)

6